UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDI RENE CHIAPOT PEREZ,<br><br>                      Petitioner,<br><br>v.<br><br>KRISTI NOEM; TODD LYONS; PATRICK DIVVER; CHRISTOPHER LAROSE; SIRCE OWENS; PAMELA BONDI,<br><br>                      Respondents. | Case No.: 3:25-cv-3161-JES-VET<br><br>**ORDER FOR STATUS UPDATE** |

On November 21, 2025, the Court granted Petitioner's petition for writ of habeas corpus, ordering that Respondent provide Petitioner with a bond redetermination hearing within 10 days of the order and to file a Notice of Compliance with the Court within 10 days of the bond redetermination hearing. ECF No. 7. More than 20 days have passed since this order and no Notice of Compliance has been filed to date.

//

//

//

//

//

1      Accordingly, the Court **ORDERS** Respondents to file a status update regarding the
2 bond hearing by no later than **December 22, 2025**.
3      **IT IS SO ORDERED.**
4 Dated: December 17, 2025

_____
Honorable James E. Simmons Jr.
United States District Judge